**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6173**

---

KENNETH RAY PACK,

 Petitioner - Appellant,

 versus

RONALD ANGELONE,

 Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-00-1582-AM)

---

Submitted: March 22, 2001          Decided: March 30, 2001

---

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kenneth Ray Pack, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Ray Pack seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Pack's motion to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. Pack v. Angelone, No. CA-00-1582-AM (E.D. Va. filed Jan. 5, 2001; entered Jan. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED